UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-61825-CIV-MORENO

JOSEPH FARMER, and on Behalf of Others
Similarly Situated,

    Plaintiffs,

vs.

BUY OWNER OF SOUTH FLORIDA, INC., a
Florida corporation, CHARLES S. ECKERT,
individually, SYBIL A. ECKERT, individually,
SCOTT E. ECKERT, individually, PATRICIA A.
ECKERT, individually, and S & S FINANCIAL,
INC., a Florida corporation,

    Defendants.
_____/



### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Joint Motion to Approve Settlement Agreement and to Dismiss Action with Prejudice. The Court has reviewed the parties' Motion, Confidential Settlement Agreement, the case file, and is otherwise fully advised in the premises. The Court has scrutinized the parties' settlement for fairness, and has determined that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions" in accordance with Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352 (11th Cir. 1982). Therefore, it is

    **ADJUDGED** as follows:

    (1)    The parties' Joint Motion to Approve Settlement Agreement and to Dismiss Action with Prejudice is **GRANTED**;

    (2)    The settlement agreement is **APPROVED**;

(3)   The above-styled action is **DISMISSED** with prejudice;

(4)   The parties shall bear their respective attorneys' fees and costs, except as otherwise delineated by the parties' settlement agreement;

(5)   All pending motions are **DENIED** as moot; and

(6)   This case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of June, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record